IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY WALKER,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ACAM TRANSPORT** *et al.*, | : | |
| *Defendants* | : | No. 23-2569 |

# O R D E R

**AND NOW**, this 28th day of June, 2024, upon consideration C.R. England's motion for summary judgment (DI 23), Jeffrey Walker's response in opposition (DI 25), oral argument heard on June 18, 2024, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion for summary judgment (DI 23) is **DENIED without prejudice.**

**MURPHY, J.**